IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| RIHEEM FICKLING | : | VIOLATION:<br>18 U.S.C. §§ 922(g)(1) and 924(e) |
| | : | (possession of a firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

## I N D I C T M E N T

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 5, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RIHEEM FICKLING,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, model 27, .40 caliber semi-automatic pistol, bearing serial number UDE302, loaded with 12 live rounds of .40 caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), as set forth in this indictment, defendant

### RIHEEM FICKLING

shall forfeit to the United States of America all firearms and ammunition involved in the commission of this offense, including but not limited to:

1. A Glock, model 27, .40 caliber semi-automatic pistol, bearing serial number UDE302; and
2. Twelve live rounds of .40 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), made applicable by Title 28 United States Code, Section 2461(c).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

No. ____

## UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

RIHEEM FICKLING

INDICTMENT

Counts

18 U.S.C. §§ 922(g)(1) and 924(e) (possession of a firearm by a felon — 1 count)
Notice of forfeiture



*A true bill.*

*Foreman*

*Filed in open court this _____ day,*

*of _____ A.D. 20 ___*

_____
*Clerk*

*Bail, $ _____*